### McCORMICK v. SHEA et al.

(Supreme Court, Appellate Term. January 17, 1906.)

JUDGMENT—OPENING DEFAULT—COSTS.

    Where defendant should have had a reasonable adjournment, his motion to open default should be granted without terms.

    [Ed. Note.—For cases in point, see vol. 30, Cent. Dig. Judgment, § 326.]

Appeal from City Court of New York, Trial Term.

Action by John McCormick against Annie A. Shea, impleaded with another. From an order opening the default of said defendant on payment of costs, she appeals. Modified.

See 94 N. Y. Supp. 485.

Argued before SCOTT, P. J., and BLANCHARD and DOW-LING, JJ.

Franklin Bien, for appellant.
David Bernstein, for respondent.

PER CURIAM. Under the circumstances the defendant should have had a reasonable adjournment, and the motion to open the default should have been granted without the imposition of terms.

The order appealed from will be modified by striking out so much thereof as imposed costs upon defendant, and as so modified will be affirmed, with $10 costs and disbursements to appellant.